IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Walls, Frederick C | Case Number: 06 B 13542 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 10/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,055.11 |  |
| Secured: |  | 120.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 253.42 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 158.37 |
| Other Funds: |  | 23.32 |
| Totals: | 3,055.11 | 3,055.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,500.00 | 2,500.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 551.61 | 120.00 |
| 4. | Internal Revenue Service | Priority | 1,986.23 | 229.05 |
| 5. | Illinois Dept of Revenue | Priority | 298.67 | 24.37 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 583.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 37.42 | 0.00 |
| 8. | United Collection Bureau Inc | Unsecured | 44.50 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 4.67 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 96.27 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 33.00 | 0.00 |
| 12. | Illinois Title Loans | Unsecured | 40.64 | 0.00 |
| 13. | Crescent Recovery | Unsecured | 863.74 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 27.35 | 0.00 |
| 15. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | RMI/MCSI | Unsecured | | No Claim Filed |
| 21. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 22. | St Bernard Hospital | Unsecured | | No Claim Filed |
| | | | $ 7,067.10 | $ 2,873.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Walls, Frederick C

Printed:  9/3/08

Case Number:  06 B 13542
Judge:  Hollis, Pamela S
Filed:  10/20/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 42.33 |
| 5.4% | 116.04 |
|  | _____ |
|  | $ 158.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

